## URBAN v. COMMONWEALTH.

(Decided May 26, 1931.)

J. W. McKENZIE for movant.

J. W. CAMMACK, Attorney General, and DOUGLAS C. VEST opposed.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.

## HOSKINS v. HOWARD et al.

(Decided May 29, 1931.)

E. N. INGRAM for movant.

JAMES S. GOLDEN opposed.

PER CURIAM. Default judgment for $416.66 and enforcement of contract lien on land. Motion to set it aside with tendered answer overruled, and defendant moves this court for an appeal. Motion overruled because no reason was shown why answer was not offered sooner and the one tendered contained no valid defense.

Appeal denied; judgment affirmed.

## COLEMAN v. COMMONWEALTH.

(Decided June 5, 1931.)

J. W. CAMMACK, Attorney General, and HOWARD SMITH GENTRY for the Commonwealth.

PER CURIAM. Judgment of conviction for misdemeanor, imposing a fine of $300 and 30 days in jail.

Appeal denied; judgment affirmed.